AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| LUIS ALBERTO DZUL ROSAS, on behalf of himself and others similarly situated, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> DK MAGAZINES CORP., or any predecessor or successor company doing business as DK Magazines, located at 56-71 55th Avenue, Maspeth, New York, and VIKAS MADAN, individually, <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    26 cv 1707   RPK-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DK MAGAZINES CORP., 56-71 55th Avenue, Maspeth, New York 11378

VIKAS MADAN, 56-71 55th Avenue, Maspeth, New York 11378

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Cilenti & Cooper, PLLC
         60 East 42nd Street - 40th Floor
         New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 3/23/2026

s/*Kimberly Davis*

                 *Signature of Clerk or Deputy Clerk*